UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE AND TACOMA

| | |
|---|---|
| LISANDRO SOLIS CAMPOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOREN K. MILLER, et al., <br><br> Defendants. | C23-0620 TSZ <br><br> MINUTE ORDER |
| JONGSUK OH, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, <br><br> Defendant. | C23-1472 TSZ |
| YULIANNA BERENICE DELUNA; and FERNANDO LEPE PEREZ, <br><br> Plaintiffs, <br><br> v. <br><br> LOREN K. MILLER, et al., <br><br> Defendants. | C23-5374 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE ORDER - 1

(1)     These cases were stayed pending resolution of <u>Mercado v. Miller</u>, Case No. 23-16007, by the United States Court of Appeals for the Ninth Circuit.  <u>See</u>, <u>e.g.</u>, Minute Order (C23-620, docket no. 21).  The parties in each matter have advised that, on December 4, 2024, the Ninth Circuit dismissed <u>Mercado</u> as moot because the appellants therein received approval of their unlawful-presence-waiver applications.  <u>See</u>, <u>e.g.</u>, Stip. Mot. at 1–2 (C23-5374, docket no. 13).  In each of these actions, the parties seek to continue the applicable stay, although for different reasons and for different periods of time.[1]  The parties' stipulated or joint motions, docket no. 22 in C23-620, docket no. 9 in C23-1472, and docket no. 13 in C23-5374, are GRANTED as follows:

        (a)     Each of these matters shall remain stayed until further order;

        (b)     Within fourteen (14) days after any outstanding unlawful-presence-waiver application has been approved or denied, or any anticipated consular interview has been conducted, whichever occurs later, the parties shall file an appropriate notice or stipulation of dismissal or a Joint Status Report indicating why such document cannot be submitted;

        (c)     In any action that remains pending on June 2, 2025, the parties shall file a Joint Status Report by June 16, 2025.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of December, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] In <u>Solis Campos</u>, defendants have adjudicated the waiver applications of all but one plaintiff, and they expect to adjudicate the remaining plaintiff's application within the next 180 days; the parties therefore request that the stay continue until June 16, 2025.  <u>See</u> Jt. Mot. (C23-620, docket no. 22).  In <u>Oh</u>, the parties have expressed a belief that movement on plaintiff's waiver application will occur within the upcoming year, and they have asked that the stay remain in place until June 16, 2025.  <u>See</u> Stip. Mot. (C23-1472, docket no. 9).  In <u>DeLuna</u>, the unlawful-presence-waiver application has been approved, and a consular interview is anticipated to occur within the next 60-to-90 days; the parties wish the stay to be effective until March 18, 2025.  <u>See</u> Stip. Mot. (C23-5374, docket no. 13).

MINUTE ORDER - 2